# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Linda Elizabeth Prince,                                      Civ. No. 10-4429 (MJD/JJK)

      Plaintiff,

v.

                                          **ORDER**

Caribou Coffee Company,

      Defendant.

---

Linda Elizabeth Prince, *pro se* Plaintiff.

Jason M. Hedican, Esq., and Gregory J. Stenmoe, Esq., Briggs & Morgan, PA, counsel for Defendant.

---

      The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 27, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that:

      1.      Plaintiff's Motion for Default Judgment (Doc. No. 7), is **DENIED**.

Date: February 28, 2011                                    s/Michael J. Davis
                                                                          MICHAEL J. DAVIS
                                                                            Chief Judge
                                                                            United States District Court